UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VANIA S. ALLEN
CLERK

BY: _____
DEPUTY CLERK

2026 AUG -4  A 8. 40

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

IN RE:

               Debtor

Case No. _____

Chapter ____13____

**26 - 60333**

STATEMENT REGARDING PAYMENT ADVICES (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐    I am unemployed; or

☒    I am self-employed; or

☐    My employer did not provide pay stubs.

☐    Other _____

Dated: __8/2/2026__

_____
Debtor